UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TAMARA REAVIS, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 4:19-CV-02916-PLC |
| | ) | |
| SAINT LOUIS COUNTY, MISSOURI, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Patricia L. Cohen to District Judge Henry Edward Autrey.

January 9, 2020
Date

*Gregory J. Linhares            /*
Clerk of Court

By:   */s/ Katie Stamm           /*
KATIE STAMM
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:19-CV-02916-HEA**