# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TAMARA REAVIS, | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 4:19-CV-02916-MTS |
| ST. LOUIS COUNTY, MISSOURI, et al. | ) |
|     Defendants. | ) |

### PARTIAL JUDGMENT APPROVING WRONGFUL DEATH SETTLEMENT

NOW ON THIS 23rd day of December, 2020, the above-captioned matter comes before the Court on the Application of Plaintiff Tamara Reavis, pursuant to Mo. Rev. Stat. § 537.095, for approval of her Amended Application for Judgment Approving Wrongful Death Settlement against Defendants Melinda Ferguson, Michael King, Christi Gonzalez and Katie Cora ONLY, Doc. [60]. Plaintiff Tamara Reavis appears by counsel of record, Lauren Allen and Michael Sudekum. Defendants Melinda Ferguson, Michael King, Christi Gonzalez and Katie Cora appears through their counsel, Craig Klotz.

WHEREUPON, having considered the Amended Application and the documents submitted by the parties, and having heard the testimony in support thereof and otherwise being duly advised in the premises, the Court finds as follows:

1. Plaintiff and her children are the surviving spouse and children of Mr. Larry Reavis and therefore entitled to sue for and recover damages as permitted by Mo. Rev. Stat. § 537.080.

2. Previous to the filing of this Application for Approval, Plaintiff filed her Complaint in the above-captioned cause on October 25, 2019. In her Complaint, Plaintiff

1

       alleged Counts of Violation of Civil Rights Pursuant to Title 42 U.S.C. § 1983, Violation of Civil Rights Pursuant to Title 42 U.S.C. § 1983 (Failure to Implement Appropriate Policies, Customs, and Practices and Failure to Train, Supervise and Retain), Negligence Per Se in Violation of Mo. Rev. Stat. § 221.120 (Medicine and medical attention for prisoners) and Wrongful Death against defendants Saint Louis County, Missouri, Julia Childrey, Melinda Ferguson, RN, Michael King, RN, Christi R. Gonzalez, RN, C.O. Mark Barbeau and Katie Cora, RN.

3. Plaintiff entered into an agreement with Defendants Melinda Ferguson, Michael King, Christi Gonzalez and Katie Cora ONLY to compromise and settle the aforesaid claim for damages, subject to Court approval as permitted and required by Mo. Rev. Stat. § 537.095.

4. The amount of the proposed settlement is set forth in the attached Exhibits A and B of the Amended Application, Docs. [60-1] and [60-2].

5. Plaintiff proposed allocating the net proceeds of the proposed settlement in the proportions set for in Exhibits B and C of the Amended Application, Docs. [60-2] and [60-3].

6. The Court finds that the Plaintiff's Amended Application for Approval, Doc. [60] should be granted. Plaintiff has executed the Release of Claims and Settlement Agreement attached as Exhibit A to the Amended Application, Doc. [60-1].

7. The Court finds that the proposed wrongful death settlement as to defendants Melinda Ferguson, Michael King, Christi Gonzalez and Katie Cora ONLY is fair and reasonable and approves the aforesaid terms and conditions of the settlement. The total amount of the settlement is approved as set forth in Exhibit A of the Amended Application, Doc. [60-1].

8. The Court finds that Plaintiff's proposed allocation of the net proceeds of the settlement as set forth in Exhibits B and C, Docs. [60-2] and [60-3], is in proportion to the losses suffered.

9. The Court finds that Plaintiff contracted with attorneys to pursue the action for wrongful death of Mr. Larry Reavis. The amount of attorneys' fees as contracted and expenses incurred in pursuit thereof are set forth in Exhibit B, Doc. [60-2]. The Court finds that the proposed attorneys' fees and expenses are fair and reasonable.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Court approves the proposed settlement in the amount set forth in Exhibit A, Doc. [60-1]. At the request of the parties, the Court orders that Exhibit A, Doc. [60-1], shall be filed under seal.

2. Defendants Melinda Ferguson, Michael King, Christi Gonzalez and Katie Cora ONLY shall make, or cause to be made, the payments set forth in Exhibit A, Doc. [60-1].

3. Plaintiff is ordered to deduct and pay expenses of recovery and the attorneys' fees as contracted as set forth in Exhibit B, Doc. [60-2].

4. Plaintiff is directed to distribute the net proceeds of the settlement as set forth in Exhibit B, Doc. [60-2], as approved by the Court.

5. Plaintiff executed the Release of Claims and Settlement Agreement and is authorized and directed to execute all other documents necessary to effectuate the settlement, releasing, waiving and discharging all actions, claims and demands whatsoever against Defendants Melinda Ferguson, Michael King, Christi Gonzalez and Katie Cora ONLY.

6. That upon payment and receipt of the settlement proceeds, Plaintiff's claims against

Defendants Melinda Ferguson, Michael King, Christi Gonzalez and Katie Cora ONLY shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that Plaintiff's original Application for Judgment Approving Wrongful Death Settlement Against Defendants Melinda Ferguson, Michael King, Christi Gonzalez and Katie Cora ONLY, Doc. [53], is **DENIED** as moot.

IT IS SO ORDERED.

DATE: December 23, 2020

     MATTHEW T. SCHELP
     UNITED STATES DISTRICT JUDGE