IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TAMARA REAVIS, )<br>)<br>   Plaintiff, )<br>) | |
| ) | Case No.:    4:19-CV-02916-HEA |
| v. )<br>) | |
| SAINT LOUIS COUNTY, )<br>MISSOURI, et al. )<br>) | |
| Defendants. ) | |

---

**RECEIPT AND SATISFACTION OF PARTIAL JUDGMENT**

---

COMES NOW Plaintiff Tamara Reavis, pursuant to § 537.095 R.S.Mo., and acknowledges receipt of Five-Hundred and Fifty Thousand Dollars and Zero Cents ($550,000.00) paid to Tamara Reavis on behalf of the Heirs at Law of Larry Reavis, deceased, and hereby acknowledges full and complete satisfaction of the Partial Judgment Approving Wrongful Death Settlement against Defendants Melinda Ferguson, Michael King, Christi Gonzalez and Katie Cora ONLY.

Pursuant to this Court's Partial Judgment Approving Wrongful Death Settlement of December 23, 2020 (Doc.# 69), Plaintiff prays that Defendants Melinda Ferguson, Michael King, Christi Gonzalez and Katie Cora ONLY  shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 31st day of December, 2020.

Respectfully submitted,

LAUREN ALLEN, LLC

/s/ *Lauren Perkins Allen*
Lauren Perkins Allen, #49845
2345 Grand Blvd., Ste. 1600
Kansas City, Missouri 64108
T:  816.877.8120
F:  816.817.1120
Email:  lpa@laurenallenllc.com

and

MANDEL & MANDEL, L.L.P.

/s/ *Michael J. Sudekum*
Michael J. Sudekum, #49738MO
1010 Market Street, Suite 850
St. Louis, MO 63101
T:  (314) 621-1701
F:  (314) 621-4800
Email: mike@mandelmandel.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification to counsel of record.

/s/ *Michael J. Sudekum*

2