# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TAMARA REAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.:     4:19-CV-02916-MTS |
| v. ) | |
| ) | |
| SAINT LOUIS COUNTY, ) | |
| MISSOURI, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, by counsel, and hereby notifies the Court that the remaining parties to this matter have reached a resolution.  The parties are preparing the necessary settlement documents for submission to the court.

Respectfully submitted this 8th day of January, 2021.

                              Respectfully submitted,

                              LAUREN ALLEN, LLC

                              /s/ *Lauren Perkins Allen*
                              Lauren Perkins Allen, #49845
                              2345 Grand Blvd., Ste. 1600
                              Kansas City, Missouri 64108
                              T:  816.877.8120
                              F:  816.817.1120
                              Email:  lpa@laurenallenllc.com

And

        MANDEL & MANDEL, L.L.P.

By: /s/ *Michael J. Sudekum*
   Michael J. Sudekum, #49738MO
   1010 Market Street, Suite 850
   St. Louis, MO 63101
   T:  (314) 621-1701
   F:  (314) 621-4800
   Email: mike@mandelmandel.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification to counsel of record.

        */s/ Michael J. Sudekum*
        Michael J. Sudekum, #49738MO
        1010 Market Street, Suite 850
        St. Louis, MO 63101
        T:  (314) 621-1701
        F:  (314) 621-4800
        Email: mike@mandelmandel.com