# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TAMARA REAVIS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Case No.:    4:19-CV-02916 |
| v. ) | |
| ) | |
| SAINT LOUIS COUNTY, ) | |
| MISSOURI, et al. ) | |
| ) | |
|    Defendants. ) | |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through their counsel of record, and stipulate to the dismissal with prejudice of all pending claims asserted by Plaintiff against Defendants Julia Murphy f/k/a Julia Childrey and Mark Barbeau ONLY, with each party to bear their own costs and attorneys' fees.

                                 Respectfully submitted,

                                 LAUREN ALLEN, LLC
                                 By:    /s/ *Lauren Perkins Allen*
                                         Lauren Perkins Allen, #49845MO
                                         4717 Grand Blvd., Ste. 130
                                         Kansas City, Missouri 64108
                                         T:  816.877.8120
                                         F:  816.817.1120
                                         Email:  lpa@laurenallenllc.com

                                 MANDEL & MANDEL, L.L.P.
                                 By:    /s/ *Michael J. Sudekum*
                                         Michael J. Sudekum, #49738MO
                                         1010 Market Street, Suite 850
                                         St. Louis, MO 63101
                                         T:  (314) 621-1701
                                         F:  (314) 621-4800
                                         Email: mike@mandelmandel.com

                                 *Attorneys for Plaintiff Tamara Reavis*

          ST. LOUIS COUNTY COUNSELOR'S OFFICE

By:   */s/Catherine M. Robertson*
      Catherine M. Robertson #63200MO
      Associate County Counselor
      41 South Central Avenue, 9th Floor
      Clayton, Missouri 63105
      T:  314.615.7042
      F:  314.615.3732
      Email:  crobertson@stlouisco.com

*Attorney for St. Louis County, Murphy and Barbeau*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was filed via the Court's electronic filing system on this 4th day of March 2021, which sent notification to counsel of record.

          ***/s/ Lauren Perkins Allen***
          *Attorney for Plaintiff*