# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TAMARA REAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:19-cv-02916-MTS |
| v. ) | |
| ) | |
| SAINT LOUIS COUNTY, ) | |
| MISSOURI, et al. ) | |
| ) | |
| Defendants. ) | |

## PARTIAL JUDGMENT APPROVING CONFIDENTIAL WRONGFUL DEATH SETTLEMENT

NOW ON THIS 6th day of April, 2021, the above-captioned matter comes before the Court on the Application of Plaintiff Tamara Reavis, pursuant to Mo. Rev. Stat. § 537.095, for Judgment Approving Confidential Wrongful Death Settlement against Defendant Saint Louis County, Doc. [74]. Plaintiff Tamara Reavis appears by counsel of record, Lauren Allen and Michael Sudekum. Defendants Saint Louis County, Julia Murphy, and Mark Barbeau appear through their counsel, Catherine Robertson.

WHEREUPON, having considered the Application, the documents submitted by the parties, and otherwise being duly advised in the premises, the Court finds as follows:

1. Plaintiff and her children are the surviving spouse and children of Mr. Larry Reavis and therefore entitled to sue for and recover damages as permitted by Mo. Rev. Stat. § 537.080.

2. Previous to the filing of this Application for Approval, Plaintiff filed her Complaint in the above-captioned cause on October 25, 2019. In her Complaint, Plaintiff

      alleged Counts of Violation of Civil Rights Pursuant to Title 42 U.S.C. § 1983, Violation of Civil Rights Pursuant to Title 42 U.S.C. § 1983 (Failure to Implement Appropriate Policies, Customs, and Practices and Failure to Train, Supervise and Retain), Negligence Per Se in Violation of Mo. Rev. Stat. § 221.120 (Medicine and medical attention for prisoners), and Wrongful Death against Defendants Saint Louis County, Missouri, Julia Murphy, Melinda Ferguson, RN, Michael King, RN, Christi R. Gonzalez, RN, C.O. Mark Barbeau, and Katie Cora, RN.

3. Plaintiffs entered into an agreement with Defendant Saint Louis County to compromise and settle the aforesaid claim for damages, subject to Court approval as permitted and required by Mo. Rev. Stat. § 537.095, which includes the dismissal of claims against Julia Murphy and Mark Barbeau.

4. The amount of the proposed settlement is set forth in the attached Exhibits A and B of the Application, Docs. [73-1] and [73-2].

5. Plaintiff proposed allocating the net proceeds of the proposed settlement in the proportions set forth in Exhibit A of the Application.

6. The Court finds that the Plaintiff's Application for Approval should be granted. Plaintiff has executed the Release of Claims and Settlement Agreement attached hereto as Exhibit B, Doc. [73-2], which is also filed under seal at the request of the parties with the approval of the Court.

7. The Court finds that the proposed confidential wrongful death settlement as to Defendant Saint Louis County is fair and reasonable, and it approves the aforesaid terms and conditions of the settlement. The total amount of the settlement approved

is set forth in Exhibit A and Exhibit B hereto filed under seal at the request of the parties with the approval of the Court, Docs. [73-1] and [73-2].

8. The Court finds that Plaintiff's proposed allocation of the net proceeds of the settlement as set forth in Exhibits A and B is in proportion to the losses suffered.

9. The Court finds that Plaintiff contracted with attorneys to pursue the action for wrongful death of Mr. Larry Reavis. The amount of attorneys' fees as contracted and expenses incurred in pursuit thereof are set forth in Exhibit A, Doc. [73-1]. The Court finds that the proposed attorneys' fees and expenses are fair and reasonable.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Court approves the proposed settlement in the amount set forth in Exhibits A and B. At the request of the parties, the Court orders that those Exhibits will be filed under seal.

2. Defendant Saint Louis County shall make, or cause to be made, the payments set forth in Exhibits A and B.

3. Plaintiff is ordered to deduct and pay expenses of recovery and the attorneys' fees as contracted as set forth in Exhibit A.

4. Plaintiff is directed to distribute the net proceeds of the settlement as set forth in Exhibit A as approved by the Court.

5. Plaintiff executed the General Release of Claims and Settlement Agreement, Doc. [73-2], and is authorized and directed to execute all other documents necessary to effectuate the settlement, releasing, waiving and discharging all actions, claims and demands whatsoever against Defendant Saint Louis County.

6.     Plaintiff has filed a Stipulation dismissing with prejudice Julia Murphy and Mark Barbeau pending the Court's approval of Plaintiff's settlement with Saint Louis County.  Since it approves the settlement, pursuant to the parties' Stipulation, Doc. [75], and Fed. R. Civ. P. 41(a), the Court hereby DISMISSES with prejudice Plaintiff's action against Defendants Murphy and Barbeau, with each party to bear its own costs and attorneys' fees. Moreover, upon payment and receipt of the settlement proceeds, Plaintiff's action against Defendant Saint Louis County shall also be dismissed with prejudice, with each party to bear its costs and attorneys' fees.

IT IS SO ORDERED.

DATE April 6, 2021

                                          MATTHEW T. SCHELP
                                          UNITED STATES DISTRICT JUDGE